UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2262 REALTY CORP.,

                              Plaintiff,

        -v-

WESTCHESTER SURPLUS LINES INSURANCE
COMPANY,

                              Defendant.

CIVIL ACTION NO. 26 Civ. 1827 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion held at the Initial Case Management Conference today, April 30, 2026, a telephonic discovery status conference is scheduled for **Thursday, July 16, 2026 at 3:00 p.m. ET** on the Court's conference line.  The parties are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.  By **5:00 p.m. on Monday, July 13, 2026**, the parties shall file a joint letter identifying any discovery issues ripe for the Court's attention at that time.

Dated:      New York, New York
            April 30, 2026

                    SO ORDERED.



                    _____
                    SARAH L. CAVE
                    United States Magistrate Judge