UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

2262 REALTY CORP.,

Plaintiff,

-against-

WESTCHESTER SURPLUS LINES INSURANCE COMPANY,

Defendant.

---------------------------------------------------------X

26-CV-1827 VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (60) days.

SO ORDERED.

Dated: August 20, 2026
New York, New York

Vernon Broderick

Vernon S. Broderick
United States District Judge